UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Angel Lewis Bruno**  Docket No. 5:22-CR-32-1M

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Angel Lewis Bruno, who, upon a finding of guilt by jury to Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c), and Possession of a Stolen Firearm, in violation of 18 U.S.C. § 924(j), was sentenced by the Honorable Raymond A. Jackson, United States District Judge in the Eastern District of Virginia, on January 18, 2018, to the custody of the Bureau of Prisons for a term of 96 months. On February 2, 2019, his sentence was reduced to a term of 64 months imprisonment pursuant to a Rule 35 Motion. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 75 months.

Angel Lewis Bruno was released from custody on July 31, 2020, at which time the term of supervised release commenced.

On February 14, 2022, jurisdiction in this case was transferred to the Eastern District of North Carolina.

On October 11, 2022, a Violation Report was filed advising the court of the defendant testing positive for the use of amphetamines. Bruno was continued under supervision without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Bruno has agreed to participate in a cognitive behavioral program to enhance critical thinking skills and improve his ability to make positive decisions for his life.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Linwood E. King
Linwood E. King
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: October 17, 2024

Angel Lewis Bruno
Docket No. 5:22-CR-32-1M
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 21ST day of OCTOBER, 2024, and ordered filed and made a part of the records in the above case.

_____
Richard E. Myers II
Chief United States District Judge